COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-358(PAM/JMM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHN RUOTOLO, | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| WARDEN, FMC ROCHESTER, | ) | |
| Respondent. | ) | |

The above-entitled matter is before the undersigned United States Judge, pursuant to Respondent's request for enlargement of time.

WHEREFORE IT IS ORDERED,

That Respondent shall have until April 13, 2001, in which to respond to Petitioner's habeas petition.

Dated: 4/2/01

JOHN M. MASON
United States Magistrate Judge

FILED APR 0 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK