UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Ruotolo, Civ. File No. 01-358 (PAM/JMM)

Petitioner,

v. **ORDER**

United States of America,

Respondent.

---

This matter is before the Court on Petitioner's "exceptions" to United States Magistrate Judge John M. Mason's Report and Recommendation dated June 19, 2001. Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review and the Petitioner's recent submissions, the Court concurs with the conclusions of the Magistrate Judge, and adopts the Report and Recommendation.

Regardless of whether his claims were previously brought in the sentencing court, Petitioner simply cannot bring his challenges to his conviction and sentence in this Court. Because Petitioner was convicted and sentenced in the Eastern District of New York, any challenge he has to his conviction or sentence can only be brought in that District. See DeSimone v. Lacy, 805 F.2d 321, 323 (8th Cir. 1986). Petitioner claims that in his case a motion to the sentencing court is inadequate or ineffective to test the legality of his detention, and thus, under 28 U.S.C. § 2255, he can bring such motion here under the auspices of § 2241. That claim is unavailing. Merely because the Eastern District of New

JUL 20 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 20 2001
DEPUTY CLERK

York has thus far refused Petitioner's request for § 2255 relief does not mean that such petition is inadequate or ineffective. See United States v. Lurie, 207 F.3d 1075, 1077 (8th Cir. 2000). Petitioner must seek such relief from the Eastern District of New York or on appeal from the Second Circuit Court of Appeals. He cannot pursue his claims here.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The June 19, 2001, Report and Recommendation of Magistrate Judge John M. Mason (Clerk Doc. No. 10) is **ADOPTED**; and

2. Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Clerk Doc. No. 1) is **DENIED**.

Dated: July 20, 2001

Paul A. Magnuson
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500